FILED IN CHARLESTON
U.S. BANKRUPTCY COURT

JUN 7 2021

SOUTHERN DISTRICT
WEST VIRGINIA

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

Case Name:

**LINDA FAYE COOL,**

Case Number: 11-20529
Chapter 7

Debtor.

## TRUSTEE FUNDS SUBMISSION FORM

_____ Attached is a check in the amount of $ _____ for deferred filing fees or other court costs as listed below:

Adversary Case No. _____        $_____
Adversary Case No. _____        $_____
Other: _____        $_____

_____ Attached is a check in the amount of $_____ for claims under $5.00 to be treated as unclaimed funds pursuant to Bankruptcy Rule 3010(a). Such check consists of funds due to the Claimant(s) listed below.

__X__ Attached is a check which reflects unclaimed funds in the amount of **$ 20,658.99**, due to returned checks and for checks not presented for payment within 90 days, etc. Such check consists of funds returned from the claimant(s) listed below:

| CHECK-CLAIM NUMBER | CLAIMANT (name & address) | SSN (last 4 digits only) or FEIN (all digits) | AMOUNT OF UNCLAIMED FUNDS |
|---|---|---|---|
| 3014 | Linda Faye Cool<br>1667 Guardian Drive<br>Diana, WV  26217 | _____ | $  20,658.99 |

ROBERT L. JOHNS, TRUSTEE