**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-20529-DLB |
| | § | |
| LINDA FAYE COOL | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Robert L. Johns, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $4,400.00 |
| Total Distributions to Claimants: | $7,135.18 | Claims Discharged Without Payment: | $112,605.66 |
| Total Expenses of Administration: | $70,567.86 | | |

3) Total gross receipts of $98,362.03 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $20,658.99 (see **Exhibit 2),** yielded net receipts of $77,703.04 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $1,795.72 | $1,795.72 | $1,795.72 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $70,567.86 | $70,567.86 | $70,567.86 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $5,436.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $113,028.66 | $5,235.78 | $5,235.78 | $5,339.46 |
| **Total Disbursements** | $118,464.66 | $77,599.36 | $77,599.36 | $77,703.04 |

4).  This case was originally filed under chapter 7 on 07/29/2011. The case was pending for 120 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/09/2021              By:  /s/ Robert L. Johns
                                          Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Settlement from a medical class action law suit | 1149-000 | $98,362.03 |
| **TOTAL GROSS RECEIPTS** | | **$98,362.03** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| United States Bankruptcy Clerk | Funds to Third Parties | 8500-002 | $20,658.99 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$20,658.99** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medicaid - Medical liens | 4210-000 | $0.00 | $1,795.72 | $1,795.72 | $1,795.72 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,795.72** | **$1,795.72** | **$1,795.72** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert L. Johns, Trustee | 2100-000 | NA | $7,135.15 | $7,135.15 | $7,135.15 |
| Robert Johns, Trustee | 2200-000 | NA | $76.97 | $76.97 | $76.97 |
| Insurance Partners | 2300-000 | NA | $31.32 | $31.32 | $31.32 |
| United States Treasury | 2810-000 | NA | $3,565.00 | $3,565.00 | $3,565.00 |
| West Virginia State Tax Department | 2820-000 | NA | $5,269.00 | $5,269.00 | $5,269.00 |
| Turner & Johns PLLC, Attorney for Trustee | 3110-000 | NA | $11,110.00 | $11,110.00 | $11,110.00 |
| Turner & Johns PLLC, Attorney for Trustee | 3120-000 | NA | $433.08 | $433.08 | $433.08 |
| David P. Willis, Esquire, Attorney for Trustee | 3210-000 | NA | $14,164.13 | $14,164.13 | $14,164.13 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Lesslie E. Hornsby, Esquire, Attorney for Trustee | 3210-000 | NA | $21,246.20 | $21,246.20 | $21,246.20 |
| David P. Willis, Esquire, Attorney for Trustee | 3220-000 | NA | $2.82 | $2.82 | $2.82 |
| Lezzlie E. Hornsby, Esquire, Attorney for Trustee | 3220-000 | NA | $1,916.09 | $1,916.09 | $1,916.09 |
| Herman & Cormany, Accountant for Trustee | 3410-000 | NA | $700.00 | $700.00 | $700.00 |
| Common Benefit Fund 1% Estate's recovery fee per Court Order, Other Professional | 3991-000 | NA | $983.62 | $983.62 | $983.62 |
| Common Benefit Fund 4% attorney fees per Court Order, Other Professional | 3991-000 | NA | $3,934.48 | $3,934.48 | $3,934.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $70,567.86 | $70,567.86 | $70,567.86 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WV State Tax Department | 5800-000 | $5,436.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $5,436.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | $1,954.00 | $2,043.10 | $2,043.10 | $2,043.10 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | $1,792.00 | $1,876.64 | $1,876.64 | $1,876.64 |
| 3 | LVNV Funding, LLC its successors and assigns as | 7100-000 | $2,113.00 | $1,316.04 | $1,316.04 | $1,316.04 |
| | Capital One Bank (USA), N.A. | 7990-000 | $0.00 | $0.00 | $0.00 | $40.46 |
| | Capital One Bank | 7990-000 | $0.00 | $0.00 | $0.00 | $37.16 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| (USA), N.A. | | | | | |
| LVNV Funding, LLC its successors and assigns as | 7990-000 | $0.00 | $0.00 | $0.00 | $26.06 |
| Amerirad, Inc. | 7100-000 | $28.00 | $0.00 | $0.00 | $0.00 |
| Arrow Financial Services | 7100-000 | $1,133.00 | $0.00 | $0.00 | $0.00 |
| Capital One, N.A. | 7100-000 | $4,647.00 | $0.00 | $0.00 | $0.00 |
| Caterpillar Financial Services Corp. | 7100-000 | $28,344.53 | $0.00 | $0.00 | $0.00 |
| Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Chase | 7100-000 | $364.68 | $0.00 | $0.00 | $0.00 |
| Citibank USA | 7100-000 | $672.00 | $0.00 | $0.00 | $0.00 |
| First Premier Bank | 7100-000 | $551.00 | $0.00 | $0.00 | $0.00 |
| GEMB/Wal Mart | 7100-000 | $5,930.00 | $0.00 | $0.00 | $0.00 |
| GEMB/Wal Mart | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| GMAC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| HSBC | 7100-000 | $1,931.00 | $0.00 | $0.00 | $0.00 |
| HSBC | 7100-000 | $822.00 | $0.00 | $0.00 | $0.00 |
| HSBC | 7100-000 | $351.00 | $0.00 | $0.00 | $0.00 |
| HSBC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sears/CBSD | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Summersville Regional Medical | 7100-000 | $984.00 | $0.00 | $0.00 | $0.00 |
| Summersville Regional Medical | 7100-000 | $570.00 | $0.00 | $0.00 | $0.00 |
| United Bank, Inc. | 7100-000 | $60,505.45 | $0.00 | $0.00 | $0.00 |
| Webster County Memorial Hospital | 7100-000 | $336.00 | $0.00 | $0.00 | $0.00 |
| Western Financial National Network | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $113,028.66 | $5,235.78 | $5,235.78 | $5,339.46 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1  Exhibit 8

| Case No.: | 11-20529-BMM | Trustee Name: | Robert L. Johns |
| Case Name: | COOL, LINDA FAYE | Date Filed (f) or Converted (c): | 07/29/2011 (f) |
| For the Period Ending: | 7/9/2021 | §341(a) Meeting Date: | 09/12/2011 |
| | | Claims Bar Date: | 09/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Hutch and entertainment center Location: 1667 Guardian Drive, Diana WV 26217 | $1,000.00 | $0.00 | | $0.00 | FA |
| 2 | Clothes Location: 1667 Guardian Drive, Diana WV 26217 | $400.00 | $0.00 | | $0.00 | FA |
| 3 | Wedding rings Location: 1667 Guardian Drive, Diana WV 26217 | $500.00 | $0.00 | | $0.00 | FA |
| 4 | 2000 GMC Jimmy Location: 1667 Guardian Drive, Diana WV 26217 | $2,500.00 | $0.00 | | $0.00 | FA |
| 5 | Settlement from a medical class action law suit  (u) | $0.00 | $98,362.03 | | $98,362.03 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $4,400.00 | $98,362.03 | | $98,362.03 | $0.00 |

---

**Major Activities affecting case closing:**

| 01/14/2019 | Correspondence Hornsby, Special Counsel, regarding amendment of Settlement agreement incorporating Boston Scientific "Spouse Order" |
| 01/11/2019 | Correspondence Hornsby, Special Counsel, regarding Boston Scientific "Spouse Order" allowing payment and decision that Spouse is not entitled to anything. |
| 01/10/2019 | Correspondence Hornsby, Special Counsel, regarding surviving spouses claims as it relates to Trustee executing settlement agreement |
| 08/15/2018 | Re Prop # 5 - Trustee contacted Special Counsel regarding settlement. No definitve time from for Special Master's decision regarding surviving spouses waiver of claims |
| 04/18/2018 | Re Prop # 5 - Awaiting ruling/decision from Special Master regarding surviving spouses waiver of claims |
| 03/08/2018 | Re Prop # 5 - Trustee received settlement documents, reviewed, question regarding surviving spouses and release of their claims |
| 09/27/2017 | Awaiting entry of order approving compromise. |
| 09/06/2017 | RE Prop # 5 Trustee filed motion to compromise. Objections due 9/27/17 |
| 08/10/2017 | Debtor's counsel filed motion to withdraw as counsel. Hearing set for 9/4/17. |
| 06/14/2017 | Order entered reopening the case. Trustee appointed. |
| 05/22/2017 | The US Trustee filed a motion to reopen the case. |
| 05/15/2017 | Letter received from Clark, Love & Hutson informing Trustee of settlement in a medical class action |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 11-20529-BMM | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|
| Case Name: | COOL, LINDA FAYE | | Date Filed (f) or Converted (c): | 07/29/2011 (f) |
| For the Period Ending: | 7/9/2021 | | §341(a) Meeting Date: | 09/12/2011 |
| | | | Claims Bar Date: | 09/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**       **Current Projected Date Of Final Report (TFR):** 06/30/2020       /s/ ROBERT L. JOHNS
                                                                                                                                ROBERT L. JOHNS

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-20529-BMM | |
| **Case Name:** | COOL, LINDA FAYE | |
| **Primary Taxpayer ID #:** | **-***7697 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/29/2011 | |
| **For Period Ending:** | 7/9/2021 | |

| | |
|---|---|
| **Trustee Name:** | Robert L. Johns |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0237 |
| **Account Title:** | Estate of Linda Faye Cool |
| **Blanket bond (per case limit):** | $3,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **BALANCE** |
| 03/11/2019 | | CLH BSC II Qualified Settlement Fund | Settlement | * | $91,648.21 | | $91,648.21 |
| | {5} | | Settlement $98,362.03 | 1149-000 | | | $91,648.21 |
| | | | Medicaid - Medical liens $(1,795.72) | 4210-000 | | | $91,648.21 |
| | | | Common Benefit Fund 4% attorney fees per Court Order $(3,934.48) | 3991-000 | | | $91,648.21 |
| | | | Common Benefit Fund 1% Estate's recovery fee per Court Order $(983.62) | 3991-000 | | | $91,648.21 |
| 05/03/2019 | 3001 | Lesslie E. Hornsby, Esquire | Special Counsel Fees | 3210-000 | | $21,246.20 | $70,402.01 |
| 05/03/2019 | 3002 | Lezzlie E. Hornsby, Esquire | Special Counsel Expenses | 3220-000 | | $1,916.09 | $68,485.92 |
| 05/03/2019 | 3003 | David P. Willis, Esquire | Special Counsel Fees | 3210-000 | | $14,164.13 | $54,321.79 |
| 05/03/2019 | 3004 | David P. Willis, Esquire | Special Counsel expenses | 3220-000 | | $2.82 | $54,318.97 |
| 05/03/2019 | 3005 | Archer Systems, LLC | Accounting Fees | 3410-000 | | $500.00 | $53,818.97 |
| 11/11/2019 | 3005 | STOP PAYMENT: Archer Systems, LLC | Accounting Fees | 3410-004 | | ($500.00) | $54,318.97 |
| 03/27/2020 | 3006 | Insurance Partners | Bond premium payment | 2300-000 | | $31.32 | $54,287.65 |
| 05/04/2020 | 3007 | United States Treasury | 35-7227697 - 2019 Form 1041 | 2810-000 | | $3,565.00 | $50,722.65 |
| 05/04/2020 | 3008 | West Virginia State Tax Department | 35-7227697 - 2019 IT-141 | 2820-000 | | $5,269.00 | $45,453.65 |
| 02/01/2021 | 3009 | Robert Johns | Trustee Expenses | 2200-000 | | $76.97 | $45,376.68 |
| 02/01/2021 | 3010 | Robert L. Johns | Trustee Compensation | 2100-000 | | $7,135.15 | $38,241.53 |
| 02/01/2021 | 3011 | Turner & Johns PLLC | Final Distribution Claim #: ; | 3120-000 | | $433.08 | $37,808.45 |
| 02/01/2021 | 3012 | Turner & Johns PLLC | Final Distribution Claim #: ; | 3110-000 | | $11,110.00 | $26,698.45 |
| 02/01/2021 | 3013 | Herman & Cormany | Final Distribution Claim #: ; | 3410-000 | | $700.00 | $25,998.45 |
| 02/01/2021 | 3014 | LINDA FAYE COOL | Final Distribution Claim #: ; | 8200-002 | | $20,658.99 | $5,339.46 |
| 02/01/2021 | 3015 | Capital One Bank (USA), N.A. | Final Distribution Claim #: 1; | * | | $2,083.56 | $3,255.90 |
| | | | Claim Amount $(2,043.10) | 7100-000 | | | $3,255.90 |
| | | | Interest $(40.46) | 7990-000 | | | $3,255.90 |
| 02/01/2021 | 3016 | Capital One Bank (USA), N.A. | Final Distribution Claim #: 2; | * | | $1,913.80 | $1,342.10 |
| | | | Claim Amount $(1,876.64) | 7100-000 | | | $1,342.10 |
| | | | Interest $(37.16) | 7990-000 | | | $1,342.10 |

| | | | | **SUBTOTALS** | **$91,648.21** | **$90,306.11** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-20529-BMM | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | COOL, LINDA FAYE | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***7697 | Checking Acct #: | ******0237 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Estate of Linda Faye Cool |
| For Period Beginning: | 7/29/2011 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 7/9/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/01/2021 | 3017 | LVNV Funding, LLC its successors and assigns as | Final Distribution Claim #: 3; | * | | $1,342.10 | $0.00 |
| | | | Claim Amount          $(1,316.04) | 7100-000 | | | $0.00 |
| | | | Interest               $(26.06) | 7990-000 | | | $0.00 |
| 06/03/2021 | 3014 | VOID: LINDA FAYE COOL | | 8200-003 | | ($20,658.99) | $20,658.99 |
| 06/03/2021 | 3018 | United States Bankruptcy Clerk | Unclaimed funds | 8500-002 | | $20,658.99 | $0.00 |
| | | | **TOTALS:** | | $91,648.21 | $91,648.21 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $91,648.21 | $91,648.21 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $91,648.21 | $91,648.21 | |

| For the period of 7/29/2011 to 7/9/2021 | | For the entire history of the account between 03/11/2019 to 7/9/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $98,362.03 | Total Compensable Receipts: | $98,362.03 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $98,362.03 | Total Comp/Non Comp Receipts: | $98,362.03 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $57,044.05 | Total Compensable Disbursements: | $57,044.05 |
| Total Non-Compensable Disbursements: | $41,317.98 | Total Non-Compensable Disbursements: | $41,317.98 |
| Total Comp/Non Comp Disbursements: | $98,362.03 | Total Comp/Non Comp Disbursements: | $98,362.03 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-20529-BMM | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | COOL, LINDA FAYE | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***7697 | Checking Acct #: | ******0237 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Estate of Linda Faye Cool |
| For Period Beginning: | 7/29/2011 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 7/9/2021 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $91,648.21 | $91,648.21 | $0.00 |

**For the period of 7/29/2011 to 7/9/2021**

| | |
|---|---|
| Total Compensable Receipts: | $98,362.03 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $98,362.03 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $57,044.05 |
| Total Non-Compensable Disbursements: | $41,317.98 |
| Total Comp/Non Comp Disbursements: | $98,362.03 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/29/2011 to 7/9/2021**

| | |
|---|---|
| Total Compensable Receipts: | $98,362.03 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $98,362.03 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $57,044.05 |
| Total Non-Compensable Disbursements: | $41,317.98 |
| Total Comp/Non Comp Disbursements: | $98,362.03 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROBERT L. JOHNS

ROBERT L. JOHNS